# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS W. NEW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-1132-SLP |
| | ) |
| BLACKWELL WIND, LLC, a Delaware | ) |
| LLC, WIND ENERGY CONSTRUCTORS, | ) |
| INC., a California Corporation, and | ) |
| MILCO CONSTRUCTORS, INC., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is Plaintiff's Motion for Attorney Conducted Voir Dire [Doc. No. 162]. Plaintiff's Motion is DENIED. Plaintiff has separately submitted his Proposed Voir Dire [Doc. No. 167] which the Court will duly consider when conducting voir dire in this matter.

ENTERED this 23rd day of February, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE